

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-16-00103-CR

THE STATE OF TEXAS, APPELLANT

V.

FABIAN MADRID, APPELLEE

On Appeal from the 137th District Court
Lubbock County, Texas
Trial Court No. 2014-401,931, Honorable John J. "Trey" McClendon III, Presiding

May 31, 2016

## MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Pending before this court is a motion for voluntary dismissal of the appeal filed by appellant, the State of Texas. The court has reached no decision in the case. Accordingly, the motion is granted and the appeal is dismissed. TEX. R. APP. P. 42.2(a). No motion for rehearing will be entertained and our mandate will issue forthwith.

James T. Campbell
Justice

Do not publish.